IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOORKRAM MAHIBAR, *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. H-10-4539 |
| SAFECO INSURANCE COMPANY OF INDIANA, | § |
| Defendant. | § |

# ORDER

This court previously stayed all proceedings in this case until March 4, 2012, to allow the parties to explore the possibility of a settlement. (Docket Entry No. 21). The parties seek to continue the stay so that they may continue settlement negotiations. This case is stayed until May 15, 2012. The parties will submit a status report to the court on that date. The deadline for submitting the joint pretrial order and motions in limine, March 23, is canceled. Docket call, set for March 30, is also canceled. An amended scheduling order will be entered at the appropriate time.

SIGNED on March 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge